# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Joe N. Brown,

                    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:11cv669

Lewis Smith,
Admin., Albemarle Correctional Inst.
                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/21/2012 Order.

Signed: August 21, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court